# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOCELYN COLON, | |
| Plaintiff, | CASE NO. 1:23-CV-1337 |
| v. | |
| LANDSCAPE FORMS, INC. d/b/a LOLL DESIGNS, | HON. JOHN F. KNESS |
| Defendant. | |

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jocelyn Colon and Defendant Landscape Forms, Inc. d/b/a Loll Designs, by and through their respective counsel, hereby stipulate that all claims in this matter are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

So Stipulated, April 28, 2023:

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet
Jonathan D. Miller
NYE STIRLING HALE MILLER & SWEET LLP
*Attorneys for Plaintiff*
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
(412) 857-5350
ben@nshmlaw.com
jonathan@nshmlaw.com

By: */s/ William C. Meyers*
William C. Meyers
GOLDBERG KOHN LTD
*Attorneys for Defendant*
55 East Monroe, Suite 3300
Chicago, Illinois 60603
(312) 201-3919
william.meyers@goldbergkohn.com

Rebecca L. Strauss (P64796) (*pro hac vice application forthcoming*)
MILLER JOHNSON
*Attorneys for Defendant*
100 West Michigan Avenue, Suite 200
Kalamazoo, Michigan 49007
(269) 226-2986
straussr@millerjohnson.com